# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| MARK SEVERNS, | Case No. 3:20-CV-0407-MMD-WGC |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| STATE OF NEVADA, *et al*., | |
| Defendants. | |

For good cause shown,

THE COURT **ORDERS** that the motion for additional time to file a response to plaintiff's motion for appointment of counsel filed by the office of the Attorney General of the State of Nevada (ECF No. 14) is GRANTED.

THE COURT FURTHER **ORDERS** that the Office of the Attorney General shall have to and including July 14, 2021, in which to file a response to Plaintiff Mark Severn's motion for appointment of counsel.

DATED: July 6, 2021.

_William G. Cobb_
United States Magistrate Judge