AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1150
E-mail: drands@ag.nv.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

MARK SEVERNS,

    Plaintiff,

v.

STATE OF NEVADA, et al.,

    Defendants.

Case No. 3:20-cv-00407-MMD-WGC

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff, Mark Severns, in pro se, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 28 day of February, 2022.

MARK SEVERNS
*Plaintiff*

DATED this 21st day of March, 2022

AARON D. FORD
Attorney General

By: /s/ Douglas R. Rands
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
  *Attorneys for Defendants*

**IT IS SO ORDERED.**

**UNITED STATES DISTRICT JUDGE**

**DATED: March 21, 2022**

1